```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 02607
   THERESA D BINFORD
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3770


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/14/2007 and was confirmed 05/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/07/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG      .00             .00            .00
CITIMORTGAGE               MORTGAGE ARRE      .00             .00            .00
ALLIED INTERSTATE          UNSECURED      NOT FILED           .00            .00
AMERICAN GENERAL FINANCE   UNSECURED       4760.85            .00            .00
CHASE                      UNSECURED      NOT FILED           .00            .00
EMERGENCY PYSICIANS OFFI   UNSECURED      NOT FILED           .00            .00
ER SOLUTIONS               UNSECURED      NOT FILED           .00            .00
HFC                        UNSECURED      NOT FILED           .00            .00
HOUSEHOLD FINANCE          SECURED NOT I     .00             .00            .00
OSI RECOVERY SOLUTIONS     UNSECURED      NOT FILED           .00            .00
PLATINUM CAP               UNSECURED      NOT FILED           .00            .00
RESURRECTION HEALTH CARE   UNSECURED      NOT FILED           .00            .00
HOUSEHOLD FINANCE CORP     SECURED NOT I     .00             .00            .00
ROUNDUP FUNDING LLC        UNSECURED       1067.51            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY    2,493.00                       1,656.54
TOM VAUGHN                 TRUSTEE                                         115.46
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   1,772.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                 1,656.54
TRUSTEE COMPENSATION                             115.46
DEBTOR REFUND                                       .00
                         ---------------    ---------------
TOTALS                    1,772.00             1,772.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02607 THERESA D BINFORD

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 02607 THERESA D BINFORD